Kristin Lamar, SBN 262526
Doan Law Firm, LLP
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008
Phone (760) 450-3333 • Fax (760) 720-6082
kristin@doanlaw.com

Attorney for Donald McFarland and Jessica McFarland

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re:<br>DONALD MCFARLAND AND JESSICA MCFARLAND,<br><br>    Debtors,<br><br>DONALD MCFARLAND AND JESSICA MCFARLAND,<br><br>    Movants,<br><br>vs.<br><br>GMAC MORTGAGE, GREENPOINT MORTGAGE FUNDING, INC., CAPITAL ONE, NA,<br><br>    Respondents. | Case No    09-04222<br><br>Chapter    13<br><br>**NOTICE OF CONTINUED HEARING AND AMENDED MOTION FOR VALUATION OF DEBTORS' RESIDENCE FOR "STRIP OFF" PURPOSES IN CONJUNCTION WITH CHAPTER 13 PLAN**<br><br>Hearing Date: November 10, 2009<br>Hearing Time: 10:00 a.m.<br>Department:    2 |

TO GMAC MORTGAGE, GREENPOINT MORTGAGE FUNDING, INC., CAPITAL ONE NA, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

Please take notice that on November 10, 2009, at 10:00 a.m., in Department 2 of the United States Bankruptcy Court, Southern District of California, 325 West "F" street, San Diego, California, a hearing will be held on the motion of DONALD MCFARLAND and JESSICA MCFARLAND, ("Movants"), pursuant to F.R. Bankr. P. 3012, to **value certain residential real property for "Strip Off" purposes in conjunction with the Chapter 13 Plan pursuant to 506**

1

1  **and 1327.** This motion is based upon the annexed Motion with Memorandum of Points and
2  Authorities, Declarations, and Exhibits as applicable.
3      Any opposition or other response to the motion must be served upon the undersigned and
4  the original and one copy of such papers with proof of service must be filed with the Clerk of the
5  U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER
6  THAN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE (there is an additional 3
7  days allowed for service by mail).
8      Failure to file an opposition will be deemed a consent to the motion. This motion is
9  supported by this Notice of Continued Hearing and Amended Motion, Amended Motion and
10 Memorandum of Points and Authorities in Support, and Declarations, together with all pleadings
11 and court documents on file in this case.
12     Any party desirous of obtaining a copy may make a written request of the undersigned
13 and a copy will be provided to you or you can obtain a copy from the clerk of the Bankruptcy
14 Court, 325 West "F" Street, San Diego, California during its normal business hours.

16 Dated: September 24, 2009        Respectfully submitted,

17                                  DOAN LAW FIRM, LLP

19                              By: /s/ *Kristin Lamar*
                                    Kristin Lamar, Esq.

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on October 1, 2009, I served a true copy of the within (1) NOTICE OF CONTINUED HEARING AND AMENDED MOTION, (2) AMENDED MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES, (3) DECLARATION OF DEBTORS, and (4) DECLARATION OF APPRAISER, by CERTIFIED USPS Mail on the following persons [set forth name and address of each person served] and/or as checked below:

Capital One
Attn: Corporate Officer or Registered Agent
701 Liberty Way
Chester, VA  23836-2702
(Corporate Address for Noticing)

GMAC Mortgage LLC
Attn: Corporate Officer or Registered Agent
4375 Jutland Drive, Suite 200
San Diego, CA  92177
(First Proof of Claim address)

GMAC Mortgage LLC
Attn: Corporate Officer or Registered Agent
PO Box 17933
San Diego, CA  92177-0933
(Second Proof of Claim address)

Greenpoint Mortgage Funding, Inc.
2730 Gateway Oaks Dr, Ste 100
Sacramento, CA 95833
(7004(b)3 Registered Agent)

Steven M. Abreu
100 Wood Hollow Dr.
Novato, CA 94945
(7004(h) Officer for Service for Greenpoint Mortgage)

Kenneth Blackburn
4 Walnut Grove
Horsham, PA 19044-46
(7004(b)3 Registered Agent and 7004(h) Officer for Service for GMAC Mortgage)

[ ] For Chpt 7, 11, & 12 cases:
UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Ste 600
San Diego, CA 92101

[ ] For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

[ X ] For EVEN numbered Ch 13 cases:
DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  October 1, 2009
                    (Date)

/s ecf Nikhil Chawla
(Typed Name and Signature)
2850 Pio Pico Drive Suite D
(Address)
Carlsbad, CA  92008
(City, State, ZIP Code)