# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | DONALD JOSEPH & JESSICA TEK EN MCFARLAND |
| **Case Number:** | 09-04222-LA13      **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 10, 2009 10:00 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | MARCIA PEARSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) AMENDED MOTION FOR VALUATION OF DEBTOR'S RESIDENCE FOR STRIP OFF PURPOSES IN CONJUNCTION OF CHAPTER 13 PLAN AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO VALUE FILED BY KRISTIN LAMAR ON BEHALF OF DONALD JOSEPHMCFARLAND, JESSICA TEK EN MCFARLAND

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY TRUSTEE  (fr 10/21)

### Appearances:

No Appearance Necessary, per Tentative Ruling

### Disposition:

1) Motion to Strip Junior Lien **GRANTED**.  Per unopposed appraisal, house is valued at $350K; pursuant to Sec. 506(a) Court finds junior lien holder's lien wholly unsecured by residence's value.  Pursuant to Sec. 1322(b) the lien is stripped off and claim treated as unsecured, contingent upon Ch. 13 plan confirmation, plan performance and entry of a discharge, if appropriate.

As this motion is unopposed, counsel is excused from attending this hearing and may submit an order forthwith.  Further, counsel is authorized to add the guideline fee for motions of this type to any request for fees in connection with plan confirmation.

Further, in the event the Ch. 13 trustee objected to confirmation of the debtor's plan and scheduled a hearing on the objection for the <u>sole reason</u> that debtor's lien strip motion has not been granted, debtor's counsel must (1) advise the Ch. 13 trustee that this motion has been granted; (2) request the objection hearing be taken off calendar and (3) if the trustee agrees, submit an order confirming the debtor's plan forthwith.

2) See ruling on Motion to Value and Strip Junior Lien.  If confirmation now appropriate, plan is confirmed.