```
CSD 1001A [08/22/03]
Name, Address, Telephone No. & I.D. No.
Michael G. Doan, SBN 175649
Kristin Lamar, SBN 262526
Doan Law Firm LLP
2850 PIO PICO DR., SUITE D
CARLSBAD, CA 92008
(760) 720-6042
FAX: (760) 720-6082
```

Order Entered on
November 12, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

DONALD AND JESSICA McFARLAND

Debtors.

BANKRUPTCY NO. 09-04222-LA13

Date of Hearing: November 10, 2009
Time of Hearing: 10:00 a.m.
Name of Judge: Adler

## ORDER ON MOTION TO VALUE COLLATERAL AND AVOID JUNIOR TRUST DEED

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through **2** with exhibits, if any, for a total of **2** pages, is granted. Motion/Application Docket Entry No. **28**

//
//
//
//
//
//

DATED: November 10, 2009

*[Signature]*
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

DOAN LAW FIRM LLP
(Firm name)

By: /s/ Kristin Lamar
    Attorney for Movants

CSD 1001A

CSD 1001A [08/22/03] (Page 2)
ORDER ON MOTION TO VALUE COLLATERAL AND AVOID JUNIOR TRUST DEED
DEBTORS: **DONALD AND JESSICA McFARLAND**                               NO: 09-04222-LA13

---

AND NOW, upon the Debtors' Motion to Value Collateral and Avoid the Junior Trust Deed of **GreenPoint Mortgage, Inc/Capital One Bank, FSB** ; The Court having reviewed the motion, declarations, and exhibits concluding all are in order, and after notice and hearing on the same;

**IT IS HEREBY ORDERED AND DECREED,**

1) That the Debtor's Residence located at **3733 Via Baldona, Oceanside, CA, 92056** ("Residence") is valued at **$350,000.00**;

2) The Second Trust Deed of **GreenPoint Mortgage, Inc/Capital One Bank, FSB** ("Creditor") recorded with the San Diego County Recorder on **May 31, 2006** as Document No.**2006-0381185** ("Second Trust Deed") is wholly unsecured as a result;

3) That any claims asserted by Creditor against the Residence are entirely unsecured pursuant to 11 U.S.C. §506(a) given the value of the property and the amount of senior liens;

4) Upon completion of plan and Debtors' discharge, said lien will be deemed void pursuant to 11 U.S.C. §1322(b)(2), and treated as unsecured.

5) Attorney fees are awarded in the presumptively reasonable amount of $450.00 to be paid from available funds in the Chapter 13 case.

CSD 1001A

*Signed by Judge Louise DeCarl Adler November 10,2009*